1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM BARKER,

11          Plaintiff,                    No. CIV S-08-1160 WBS KJM P

12      vs.

13   J. FOSTER, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18          On January 11, 2010, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendants Bridges and Renetti was returned

20   unserved.  A handwritten notation on the process receipt and return states that process as to

21   Bridges was returned because "per facility, not employed," "per CDC locator, too many in

22   database;" as to Renetti, the notation states "per facility, not employed" and "per CDC locator,

23   none in database."  Docket no. 31.  Plaintiff must provide additional information to serve these

24   defendants.  Plaintiff shall promptly seek such information through discovery, the California

25   Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If

26   /////

1

1  access to the required information is denied or unreasonably delayed, plaintiff may seek judicial

2  intervention.

3         Accordingly, IT IS HEREBY ORDERED that:

4         1.  The Clerk of the Court is directed to send to plaintiff two USM-285 forms,

5  along with an instruction sheet and a copy of the amended complaint filed February 6, 2009; and

6         2.  Within sixty days from the date of this order, plaintiff shall complete and

7  submit the attached Notice of Submission of Documents to the court, with the following

8  documents:

9              a.  One completed USM-285 form for each defendant (Bridges and

10                 Renetti);

11             b.  Three copies of the endorsed amended complaint filed February 6,

12                 2009;

13             c.  One completed summons form (if not previously provided): or

14             d.  Show good cause why he cannot provide such information.

15  DATED: March 4, 2010.

16  _____
    U.S. MAGISTRATE JUDGE

17

18  4/kly
    bark1160.8e

19

20

21

22

23

24

25

26

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARKER,

        Plaintiff,                No. CIV S-08-1160 WBS KJM P

       vs.

J. FOSTER, et al.,                NOTICE OF SUBMISSION

        Defendants.          OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's

order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the __2/6/2009__
                      Amended Complaint

DATED:

                         _____
                         Plaintiff