Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

The United States District Court

Eastern District Of California

| | |
|---|---|
| William Barker, | ) Case No. 2:08-cv-1160 WBS-CKD P |
| Plaintiff, | ) **Stipulation for Extension of Time to File an Opposition to Respond to Defendants' Motion to Dismiss** |
| vs. | |
| California Department of Corrections and Rehabilitation, *et al.*, | |
| Defendants. | |

*Barker v. Hubbard, et al., Case No. 2:08-cv 1160 WBS-CKD*
**Stipulation for Extension of Time to Respond to Defendants' Motion to Dismiss**

- 1 -

**WHEREAS**, on August 22, 2011, the Court ordered that plaintiff file an opposition or statement of non-opposition to defendants' 07/29/11 motion to dismiss within 14 days;

**WHEREAS,** on August 23, 2011, the parties conferred and agreed to extend the deadline for plaintiff's opposition;

**WHEREAS,** Plaintiff's counsel is in trial for the next 3 weeks and therefore is not able to prepare his reply by the court deadline;

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto that the time for plaintiff to file his opposition to defendants' motion to dismiss be extended by 3 weeks as follows:

(1) On or before September 26, 2011, Plaintiff shall file an opposition or statement of non-opposition to defendants' July 29, 2011 motion to dismiss; and;

(2) Defendants may file a reply within seven days of service of plaintiff's opposition.

Dated: August 23, 2011        DISABLED ADVOCACY GROUP, APLC

                                                */s/ Scottlynn J Hubbard, IV*
                                                Scottlynn J Hubbard IV
                                                Attorney for Plaintiff

Dated: August 24, 2011        */s/ Erin Sullivan*
                                                Erin Sullivan
                                                California Attorney General's Office
                                                Counsel for Defendants

*Barker v. Hubbard, et al., Case No. 2:08-cv 1160 WBS-CKD*
**Stipulation for Extension of Time to Respond to Defendants' Motion to Dismiss**

## ORDER

IT IS HEREBY ORDERED that:

(1) On or before September 26, 2011, Plaintiff shall file an opposition or statement of non-opposition to defendants' July 29, 2011 motion to dismiss; and;

(2) Defendants may file a reply within seven days of service of plaintiff's opposition.

IT IS SO ORDERED.

Dated: August 25, 2011

_____
CAROLYN K. DELANEY
UNITED STATES
MAGISTRATE JUDGE

*Barker v. Hubbard, et al., Case No. 2:08-cv 1160 WBS-CKD*
**Stipulation for Extension of Time to Respond to Defendants' Motion to Dismiss**