KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
WILLIAM C. KWONG, State Bar No. 168010
Supervising Deputy Attorney General
ERIN SULLIVAN, State Bar No. 242757
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5716
 Fax:  (415) 703-5843
 E-mail:  Erin.Sullivan@doj.ca.gov
*Attorneys for Defendants Foster, Kett, Sweigert, Reyes, Mizzen, Singh, California Department of Corrections and Rehabilitation, and the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM BARKER,**<br><br>                          Plaintiff,<br><br>     v.<br><br>**SUSAN HUBBARD, et al.,**<br><br>                          Defendants. | Case No. S-08-1160 WBS- CKD (PC)<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS; ORDER** |

The parties jointly recommend and stipulate that the Court grant Defendants a ten-day extension of time to file a response to Plaintiff's Objections to the Magistrate Judge's Findings and Recommendations. (Docket No. 106.)  Under the Court's Findings and Recommendations dated November 1, 2011, Defendants must reply to Plaintiff's objections within fourteen days of service. (Findings and Recommendations at 5.)  Plaintiff served his objections to the Magistrate Judge's November 1, 2011 Findings and Recommendations on November 17, 2011. (*See* Docket No. 106.)  Therefore, Defendants' reply to Plaintiff's objections is due on or before December 1, 2011.

1

Through written correspondence, the parties agreed to a ten-day extension of time, changing Defendants' deadline to respond to Plaintiff's objections to December 12, 2011.

Defendants' counsel needs additional time to adequately review and respond to Plaintiff's claims. Since receiving Plaintiff's objections on November 17, 2011, Defendants' counsel has been managing a busy case load including, but not limited to, preparing an opposition to Plaintiff's Motion for Partial Summary Judgment (Docket No. 87)—also due on December 1, 2011. Furthermore, Defendants' counsel was out of the office for personal reasons and the Thanksgiving holiday the week of November 21-25, 2011. Accordingly, Defendants respectfully request an extension of time for an additional ten days in which to file a response to Plaintiff's objections, so that it may be filed on or before December 12, 2011. Plaintiff will not be prejudiced by granting the request.

**SO STIPULATED**.

Dated:   11/28/11                    */s/ Erin Sullivan*
                                      ERIN SULLIVAN
                                      California Attorney General's Office
                                      Counsel for Defendants

**SO STIPULATED**.

Dated: _____              _____
                                      SCOTTLYN J. HUBBARD IV, ESQ.
                                      Disabled Advocacy Group
                                      Counsel for Plaintiff

Per the parties' stipulation, **IT IS SO ORDERED**.

Dated: November 30, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
Stip. Re: Deadline for Defs.' Reply Pl.'s Objs. Mag. Judge's Findings & Recommendations
*W. Barker v. Hubbard, et al.*                                           Case No. C 08-1160 WBS- CKD (PC)