KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
WILLIAM C. KWONG, State Bar No. 168010
Supervising Deputy Attorney General
ERIN SULLIVAN, State Bar No. 242757
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5716
 Fax:  (415) 703-5843
 E-mail:  Erin.Sullivan@doj.ca.gov
*Attorneys for Defendants Foster, Kett, Sweigert, Reyes, Mizzen, Singh, California Department of Corrections and Rehabilitation, and the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM BARKER,**<br><br>Plaintiff,<br><br>v.<br><br>**SUSAN HUBBARD, et al.,**<br><br>Defendants. | Case No. S 08-1160 WBS- CKD (PC)<br><br>**JOINT STIPULATION AND ORDER PERMITTING SUBSTITUTION OF EXHIBIT A TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Judge     The Honorable William B. Shubb<br><br>Action Filed:  November 19, 2007 |

   On December 2, 2011, Defendants filed an Opposition to Plaintiff's Motion for Partial Judgment.  (Docket No. 109.)  In support of their opposition, Defendants requested that the Court take judicial notice of the *Armstrong v. Brown, et al.*, No. CIV 94-2307 CW (N.D. Cal) Amended Remedial Plan (dated January 3, 2001).  (Docket No. 112.)  The *Armstrong* Amended Remedial Plan was attached as Exhibit A to Defendants' Request for Judicial Notice.  (*See* Docket Nos. 112-1 and 112-2.)

1

The parties jointly agree that the copy of the *Armstrong* Remedial Plan originally submitted by Defendants is difficult to read.  Accordingly, the parties jointly stipulate and recommend that the Court substitute the attached cleaner copy of the *Armstrong* Remedial Plan as Exhibit A to Defendants' Request for Judicial Notice.

**SO STIPULATED**.

Dated:     12/5/11_____          /s/  Erin Sullivan_____
                                      ERIN SULLIVAN
                                      California Attorney General's Office
                                      Counsel for Defendants

**SO STIPULATED**.

Dated:    12/5/11_____          /s/  Scottlyn J. Hubbard, IV (as authorized on 12/2/11)
                                      SCOTTLYN J. HUBBARD IV, ESQ.
                                      Disabled Advocacy Group
                                      Counsel for Plaintiff

Per the parties' stipulation, **IT IS SO ORDERED**.

Dated: December 7, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SF2008200099
40492577.doc

2

Stip. Re: Substitution of Ex. A to Defs.' Req. for Jud. Not.        *W. Barker v. Hubbard, et al.*
                                                                     Case No. C 08-1160 WBS- CKD (PC)