KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
WILLIAM C. KWONG, State Bar No. 168010
Supervising Deputy Attorney General
ERIN SULLIVAN, State Bar No. 242757
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5716
 Fax:  (415) 703-5843
 E-mail:  Erin.Sullivan@doj.ca.gov
*Attorneys for Defendants California Department of Corrections and Rehabilitation and the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM BARKER,**<br><br>                                     Plaintiff,<br><br>     v.<br><br>**SUSAN HUBBARD, et al.,**<br><br>                                     Defendants. | Case No. S-08-1160 WBS- CKD (PC)<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER** |

The parties jointly recommend and stipulate that the Court grant Defendants a five-day extension of time to file a motion for summary judgment. Under the Court's Findings and Recommendations dated January 18, 2012, Defendants must file a summary-judgment motion within twenty days from the district court judge's resolution of Plaintiff's motion for summary judgment. (Docket No. 120.) The Court adopted the findings and recommendations in full on February 16, 2012. (Docket No. 123.) Therefore, Defendants' summary-judgment motion is due on or before March 7, 2012.

1

*W. Barker v. Hubbard, et al.*                      Stip. Re: Deadline for Defs.' Mot. Summ. J.
                                                    Case No. C 08-1160 WBS- CKD (PC)

Through written correspondence, the parties agreed to a five-day extension of time, changing Defendants' deadline to file a motion for summary judgment to March 12, 2012.

Defendants' counsel needs additional time to prepare the motion. Although the Court's order adopting Magistrate Judge Delaney's findings and recommendations is dated February 16, 2012, it was not filed until February 17, 2012. Since receiving the Court's order at 1:16 p.m. on February 17, 2012, Defendants' counsel has been managing a busy case load including, but not limited to, drafting a confidential settlement statement and preparing for a settlement conference on March 8, 2012 in *McCoy v. Evans,* Case No. C 09-4768 SI (N.D. Cal.). Additionally, for the last three weeks, Defendants' counsel has been assisting with a third-party subpoena, motion to quash, opposition to a motion to compel, and other discovery matters in *Cruz v. Knowles,* Case No. 1:08-CV-00237-LJO-DLB (E.D. Cal.) Accordingly, Defendants respectfully request an extension of time for an additional five days in which to file a summary-judgment motion, so that it may be filed on or before March 12, 2012. Plaintiff will not be prejudiced by granting the request.

**SO STIPULATED**.

Dated:  3/6/12     /s/ Erin Sullivan

ERIN SULLIVAN
California Attorney General's Office
Counsel for Defendants

**SO STIPULATED**.

Dated:  3/6/12     /s/ Scott Hubbard

SCOTTLYN J HUBBARD IV, ESQ.
Disabled Advocacy Group
Counsel for Plaintiff

Per the parties' stipulation, **IT IS SO ORDERED**.

Dated: March 12, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2