UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 2: 08-CV-1160 WBS CKD P |
| Plaintiff, | ORDER REQUIRING MEET AND CONFER AND SETTING |
| v. | STATUS CONFERENCE |
| SUSAN L. HUBBARD, et al., | |
| Defendants. | |
| _____/ | |

A settlement conference is scheduled in this case for 9:00 a.m. on July 13, 2012, at Solano State Prison.  Counsel are ORDERED to meet and confer telephonically to discuss settlement of this case.  The legal representative of the CDCR must be present at this telephonic meeting.

The matter is HEREBY SET for a telephonic status conference on July 3, 2012, at 1:45 p.m. Counsel shall dial 888-684-8852, enter access code 1868782 and security code 7416.  At the status conference, Counsel shall report on the outcome of their meeting regarding settlement.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference on  July 13, 2012.   The parties shall report on their meeting regarding settlement in their settlement conference statements.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible, well in advance of the scheduled conference date.  Requests to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

1    The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this
2  case settles prior to the date set for the settlement conference.

4  IT IS SO ORDERED.

5
6  Dated: June 12, 2012
   _____
7  NANDOR J. VADAS
   United States Magistrate Judge
   Sitting by Designation