UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIAM BARKER, | No. 08 - CV- 1160 WBS CKD  (NJV) |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, |
| v. | |
| SUSAN L. HUBBARD, | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled in this case for 1:00 p.m. on August 16, 2012, at the United States Courthouse at 450 Golden Gate Avenue in San Francisco. The settlement conference will be held in Courtroom E.

Counsel shall appear at the courthouse for the settlement conference and Plaintiff shall appear telephonically. At the appointed time, Plaintiff shall call the courtroom by dialing 888-684-8852, and entering access code 1868782 and security code 7416. Counsel shall contact prison authorities ahead of time and make arrangements for Plaintiff to call the courtroom for the settlement conference.

Lead trial counsel shall appear at the settlement conference, with the parties and persons having **full authority** to negotiate and settle the case. **A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

1  Personal attendance of a party representative will rarely be excused by the Court, and then
2  only upon separate written application demonstrating substantial hardship served on opposing
3  counsel and lodged as early as the basis for the hardship is known.
4  Confidential settlement conference statements shall be mailed or emailed
5  (NJVpo@cand.uscourts.gov) to and received by chambers no later than one week prior to the
6  settlement conference.  In their settlement conference statements, the parties shall only report on any
7  changes in the status of the case since the last settlement conference.
8  Any request to continue the settlement conference shall state the reason therefor and be
9  submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests
10 to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.
11 The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this
12 case settles prior to the date set for the settlement conference.
13 IT IS SO ORDERED.

Dated:  July 25, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California