1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**WILLIAM BARKER,**                     Case No. C 08-1160 WBS- CKD (PC)

12
                                Plaintiff,   **[PROPOSED] ORDER GRANTING**
13                                           **DEFENDANTS' MOTION REQUESTING**
                  **v.**                     **CONTINUANCE OF THE**
14                                           **SETTLEMENT CONFERENCE**

15      **SUSAN HUBBARD, et al.,**

16                               Defendants.

17

18          Defendants filed a request for extension of time in which to participate in a further

19   settlement conference.  The Court has read and considered Defendants' request and the

20   accompanying declaration of counsel, and finds good cause exists to grant the request.

21   Accordingly, IT IS ORDERED that Defendants' request for an extension of time is GRANTED,

22   and that the matter is referred to Magistrate Judge Nandor J. Vadas to conduct a further settlement

23   conference, to be held, if possible, at the California State Prison—Solano (CSP-Solano) on

24   October 3, 2012 at 11:00 a.m.

25
     Dated:      August 15, 2012          _____
26                _____      Nandor J. Vadas
27                                         UNITED STATES MAGISTRATE JUDGE

28

                                           1