IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM BARKER,**<br><br>Plaintiff,<br><br>v.<br><br>**SUSAN HUBBARD, et al.,**<br><br>Defendants. | Case No. C 08-1160 WBS- CKD (PC)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION REQUESTING CONTINUANCE OF THE SETTLEMENT CONFERENCE** |

Defendants filed a request for extension of time in which to participate in a further settlement conference. The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS ORDERED that Defendants' request for an extension of time is GRANTED, and that the matter is referred to Magistrate Judge Nandor J. Vadas to conduct a further settlement conference, to be held, if possible, at the California State Prison—Solano (CSP-Solano) on October 3, 2012 at 11:00 a.m.

Dated: August 15, 2012

_____
Nandor J. Vadas
UNITED STATES MAGISTRATE JUDGE

1