UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIAM BARKER, | No. 08 - CV- 1160 WBS CKD (NJV) |
|     Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| SUSAN L. HUBBARD, | |
|     Defendants. | |

A telephonic status conference is HEREBY SET in this case for 1:45 p.m. on September 18, 2012. Counsel call into the status conference by dialing 888-684-8852, and entering access code 1868782 and security code 7416.

IT IS SO ORDERED.

Dated: September 10, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge