**United States District Court**
For the Northern District of California

1

2

3

4

5                            UNITED STATES DISTRICT COURT

6                           NORTHERN DISTRICT OF CALIFORNIA

7                                   EUREKA DIVISION

8

9    WILLIAM BARKER,                          No. 08 - CV- 1160 WBS CKD  (NJV)

10             Plaintiff,                     ORDER SETTING
                                             STATUS CONFERENCE
11        v.

12   SUSAN L. HUBBARD,

13             Defendants.
     _____/
14

15

16
          A telephonic status conference is HEREBY SET in this case for 1:45 p.m. on September 18,
17
     2012.   Counsel call into the status conference by dialing 888-684-8852, and entering access code
18
     1868782 and security code 7416.
19
     IT IS SO ORDERED.
20

21

22   Dated:  September 10, 2012                    _____
                                                   NANDOR J. VADAS
23                                                 United States Magistrate Judge

24

25

26

27

28