UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIAM BARKER, | No. 08 - CV- 1160 WBS CKD  (NJV) |
| Plaintiff, | NOTICE AND ORDER CONTINUING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, |
| v. | |
| SUSAN L. HUBBARD, | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that pursuant to the status conference held on September 18, 2012, the further settlement conference previously scheduled for October 3, 2012, is CONTINUED to November 28, 2012, at 1:00 p.m. at Solano State Prison.  The court will issue a writ to obtain the presence of Plaintiff at the settlement conference.

Lead trial counsel shall appear at the settlement conference, with the parties and persons having **full authority** to negotiate and settle the case.  **A person who needs to call another person not present before agreeing to any settlement does not have full authority.  To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the

settlement conference.  In their settlement conference statements, the parties shall only report on any changes in the status of the case since the last settlement conference.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

IT IS SO ORDERED.

Dated:  October 2, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

2