United States District Court

For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF CALIFORNIA
7
8
9   WILLIAM BARKER,                        No. 2: 08-CV-1160 WBS CKD P
10              Plaintiff,                  ORDER SETTING
                                           STATUS CONFERENCE
11       v.
12  SUSAN L. HUBBARD, et al.,
13              Defendants.
    _____/
14
15
16
        The matter is HEREBY SET for a telephonic status conference on January 8, 2013, at 1:00
17
    p.m.  Counsel shall dial 888-684-8852, and enter access code 1868782 and security code 7416.  At
18
    the status conference, Counsel shall report on their progress towards implementing the settlement
19
    reached on November 28, 2012.
20
    IT IS SO ORDERED.
21
22  Dated: November 28, 2012
23                                          _____
                                            NANDOR J. VADAS
24                                          United States Magistrate Judge
                                            Sitting by Designation
25
26
27
28