UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIAM BARKER, | No. 08 - CV- 1160 WBS CKD (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| SUSAN L. HUBBARD, et al., | |
| Defendants. | |

A status conference is HEREBY SET in this case for 3:00 p.m. on December 18, 2012, in Courtroom 17 of the United States Courthouse at 450 Golden Gate Avenue in San Francisco. Plaintiff's Counsel shall arrange for the telephonic appearance of Plaintiff. Plaintiff shall attend the status conference by dialing 888-684-8852, and entering access code 1868782 and security code 7416.

IT IS SO ORDERED.

Dated: December 10, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge
Sitting by Designation