**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 08 - CV-1160 WBS CKD  (NJV) |
|       Plaintiff, | ORDER GRANTING MOTION |
| | TO APPEAR TELEPHONICALLY |
| | AT STATUS CONFERENCE |
|     v. | (Doc. 175.) |
| SUSAN L. HUBBARD, et al., | |
|       Defendants. | |
| _____/ | |

     Plaintiff's Counsel's motion to appear telephonically at the status conference at 3:00 p.m. on December 18, 2012 is HEREBY GRANTED.  Plaintiff's Counsel shall attend the status conference by dialing 888-684-8852, and entering access code 1868782 and security code 7416.

IT IS SO ORDERED.

Dated:  December 13, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge
Sitting by Designation