IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARKER,

    Plaintiff,                    No. CIV S-08-1160 WBS CKD P

    vs.

SUSAN L. HUBBARD, et al.,

    Defendants.               ORDER

_____/

    After review of the docket in this matter, IT IS HEREBY ORDERED that plaintiff file his pretrial statement within 21 days. Defendants shall file their pretrial statement within 21 days of service of plaintiff's pretrial statement. The parties should refer to Local Rule 281 to identify the necessary contents of pretrial statements in this district. The parties need not include material suggested in the Local Rule 281 which is clearly not applicable to this case.

Dated: December 19, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bark1160.pts

1