**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

WILLIAM BARKER,

        Plaintiff,

    v.

SUSAN HUBBARD, et al.,

        Defendants.

_____/

No. 2:08-CV-01160 WBS CKD (NJV)

ORDER VACATING
STATUS CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

      The status conference previously set in this case for January 8, 2013, is HEREBY

VACATED.

IT IS SO ORDERED.

Dated: December 21, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge
Sitting by Designation