UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 2:08-cv-1160 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| SUSAN L. HUBBARD, et al., | |
| Defendants. | |

On January 8, 2013, counsel for plaintiff filed plaintiff's pretrial statement. In the pretrial statement, counsel identifies five inmates as witnesses he may wish to call at trial. However, counsel for plaintiff has not complied with the court's July 7, 2010 order (ECF No. 42) which concerns issuance of writs of habeas corpus ad testificandum for trial. Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted 14 days within which to submit motions for issuance of writs of habeas corpus ad testificandum for trial. Writs will not issue unless plaintiff complies with the requirements identified in the court's July 7, 2010 order. Failure to file

/////
/////
/////
/////
/////

1

any motion for writ of habeas corpus ad testificandum within 14 days will result in plaintiff not being permitted to call any incarcerated witnesses for trial.

Dated: August 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bark1160.wit