1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM BARKER,                          No.  2:08-cv-1160 WBS CKD P

12              Plaintiff,

13        v.                                  ORDER

14   SUSAN L. HUBBARD, et al.,

15              Defendants.

16

17        On January 8, 2013, counsel for plaintiff filed plaintiff's pretrial statement.  In the pretrial

18   statement, counsel identifies five inmates as witnesses he may wish to call at trial.  However,

19   counsel for plaintiff has not complied with the court's July 7, 2010 order (ECF No. 42) which

20   concerns issuance of writs of habeas corpus ad testificandum for trial.  Good cause appearing, IT

21   IS HEREBY ORDERED that plaintiff is granted 14 days within which to submit motions for

22   issuance of writs of habeas corpus ad testificandum for trial.  Writs will not issue unless plaintiff

23   complies with the requirements identified in the court's July 7, 2010 order.  Failure to file

24   /////

25   /////

26   /////

27   /////

28   /////

                                              1

1   any motion for writ of habeas corpus ad testificandum within 14 days will result in plaintiff not

2   being permitted to call any incarcerated witnesses for trial.

3   Dated:  August 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bark1160.wit