UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARKER,

Plaintiff,

v.

SUSAN L. HUBBARD, et al.,

Defendants.

No. 2:08-cv-1160 WBS CKD P

ORDER

The parties have informed the court that they have reached a settlement. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff file a stipulation of dismissal within 90 days of this order; and

2. If the stipulation cannot be filed within 90 days, plaintiff shall file a request for an extension of time to file the stipulation before the expiration of the deadline.

Dated: September 10, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bark1160.dis