UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 2:08-cv-1160 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| SUSAN L. HUBBARD, et al., | |
| Defendants. | |

Good cause appearing, IT IS HEREBY ORDERED that this matter is set for status conference on November 13, 2013 at 10:00 a.m. before the undersigned. At the status conference, the parties shall be prepared to discuss execution of settlement. If the parties wish to appear telephonically, they shall contact Court Room Deputy Kyle Owen in advance of the conference.

Dated: November 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bark1160.sc