UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM BARKER, | No. 2:08-cv-1160 WBS CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SUSAN L. HUBBARD, et al., | |
| Defendants. | |

The parties have requested an extension of time to file a stipulation of dismissal.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff file a stipulation of dismissal by June 6, 2014.

Dated:  December 10, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bark1160.dis(2)