UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SUSAN L. HUBBARD, et al.,<br><br>　　　　　　Defendants. | No.  2:08-cv-1160 WBS CKD P<br><br><br>ORDER |

　　　The parties have requested an extension of time to file a stipulation of dismissal.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff file a stipulation of dismissal by June 6, 2014.

Dated:  December 10, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
bark1160.dis(2)