Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff William Barker

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
KATHLEEN BOERGERS, State Bar No. 213530
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 622-4453
Fax: (510) 622-2270
E-mail: Kathleen.Boergers@doj.ca.gov

Attorneys for Defendants
State of California and CDCR

The United States District Court

Eastern District Of California

| | |
|---|---|
| William Barker, | ) Case No. 2:08-cv-1160 WBS-CKD |
| Plaintiff, | ) **Second Joint Stipulation to Extend the Time to File Stipulation and Proposed Order for Dismissal** |
| vs. | ) |
| California Department of Corrections and Rehabilitation, *et al.*, | ) |
| Defendants. | ) |

*Barker v. Hubbard, et al.,* Case No. 2:08-cv 1160 WBS-CKD
Second Joint Stipulation to Extend the Time to File Dismissal

- 1 -

1. It is hereby stipulated by and between Plaintiff William Barker ("Plaintiff") and Defendants State of California and CDCR ("Defendants"), through their respective counsel, that the parties shall have an additional sixty days or until August 5, 2014, to file a Stipulation and Proposed Order for Dismissal of the above-captioned matter in its entirety.

2. On June 3, 2014, plaintiff's counsel contacted Ms. Kathleen Boergers, defendants' counsel, to inquire the status on the settlement funds given that the deadline to file the dismissal of this matter is quickly approaching. Ms. Boergers immediately responded and informed plaintiff's counsel that the payment is being processed.

3. Further, as Defendants are aware, Plaintiff is not willing to dismiss his case until the funds have been received.

4. THEREFORE, the parties have stipulated to and jointly request that the Court approve an additional extension of time for Plaintiff and Defendants to file a Stipulation and Proposed Order for Dismissal of the above-captioned matter in its entirety.

Dated: June 4, 2014         DISABLED ADVOCACY GROUP, APLC

                             /s/ Scottlynn J Hubbard IV
                            Scottlynn J Hubbard IV
                            Attorney for Plaintiff William Barker

Dated: June 4, 2014         /s/ Kathleen Boergers
                            California Attorney General's Office
                            Counsel for Defendants State of California and CDCR

*Barker v. Hubbard, et al.,* Case No. 2:08-cv 1160 WBS-CKD
Second Joint Stipulation to Extend the Time to File Dismissal

<u>ORDER</u>

1. The parties have submitted a stipulation and request to the Court that the parties be allowed additional time to file a Stipulation and Proposed Order for Dismissal of the above-captioned matter in its entirety.

2. Good cause appearing, the extension is approved, and the parties shall have an additional sixty (60) days, or until August 5, 2014, to file a Stipulation and Proposed Order for Dismissal of the above-captioned matter in its entirety.

IT IS SO ORDERED.

Dated:  June 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE